**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00884-CR

**RACHEAL MEACHELL MATHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82553-2013**

## ORDER

The State's June 22, 2015 motion for extension of time to file the State's brief is

**GRANTED**. The State's brief received by the Clerk of the Court on June 22, 2015 is **DEEMED**

timely filed on the date of this order.

/s/    LANA MYERS
          JUSTICE